JAMES E. WHITMIRE
Nevada Bar No. 6533
jwhitmire@santoronevada.com
SANTORO WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Telephone:     (702) 948-8771
Facsimile:      (702) 948-8773

JOHN C. CLEARY
(*pro hac vice* forthcoming)
POLSINELLI PC
600 Third Avenue, 42nd Floor
New York, New York 10016
Telephone:     (212) 413-2837
Facsimile:      (212) 684-0197

MARK A. OLTHOFF
(*pro hac vice* forthcoming)
CATHERINE A. GREEN
(*pro hac vice* forthcoming)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone:     (816) 753-1000
Facsimile:      (816) 753-1536

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEHU BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MX HOLDINGS US, INC., CFP FIRE PROTECTION, INC., COSCO FIRE PROTECTION, INC. and FIRETROL PROTECTION SYSTEMS, INC.,<br><br>Defendants. | Case No. 2:22-cv-00855-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

Jehu Bryant, individually and on behalf of all others similarly situated ("Plaintiff"), and MX Holdings US, Inc., CFP Fire Protection, Inc., COSCO Fire Protection, Inc. and Firetrol Protection Systems, Inc. ("Defendants") state the following:

1. The Complaint was filed on May 27, 2022.  (ECF No. 1).

2. Defendants were served beginning on or about June 6, 2022.

3. Pursuant to Fed. R. Civ. P. 12, Defendants have 21 days to file a response to the Complaint, or until June 27, 2022.

4. Defendants have recently retained counsel.

5. To allow Defendants' counsel to conduct a preliminary investigation of the Complaint's allegations and prepare a response, the parties agree to extend the date for Defendants to answer, move or otherwise respond to the Complaint from June 27, 2022 to July 29, 2022.

**IT IS SO AGREED AND STIPULATED:**

| KIND LAW | SANTORO WHITMIRE |
|---|---|
| */s/ Michael Kind* <br> Michael Kind <br> Nevada State Bar No. 13903 <br> 8860 South Maryland Parkway, Suite 106 <br> Las Vegas, Nevada 89123 <br> Telephone:  (702) 337-2322 <br> Email:  mk@kindlaw.com | */s/ James E. Whitmire* <br> James E. Whitmire <br> Nevada State Bar No. 6533 <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, Nevada 89135 <br> Telephone:  (702) 948-8771 <br> E-mail:  jwhitmire@santoronevada.com |
| FREEDOM LAW FIRM <br> George Haines <br> Nevada State Bar No. 9411 <br> Gerardo Avalos <br> Nevada State Bar No. 15171 <br> 8985 S. Eastern Avenue, Suite 350 <br> Las Vegas, Nevada 89123 <br><br> *Attorneys for Plaintiff* | POLSINELLI PC <br> John C. Cleary <br> (*pro hac vice* forthcoming) <br> 600 Third Avenue, 42nd Floor <br> New York, New York 10016 <br> E-mail:  john.cleary@polsinelli.com <br> Mark A. Olthoff <br> (*pro hac vice* forthcoming) <br> E-mail:  molthoff@polsinelli.com |

Catherine A. Green
(*pro hac vice* forthcoming)
E-mail:  cgreen@polsinelli.com
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone:     (816) 753-1000

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 27, 2022

- 3 -