1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Michael Kind, Esq.

Nevada Bar No.: 13903

**KIND LAW**

8860 South Maryland Parkway, Suite 106

Las Vegas, Nevada 89123

(702) 337-2322

(702) 329-5881 (fax)

mk@kindlaw.com

*Attorney for Plaintiff Jehu Bryant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jehu Bryant, | Case No.: 2:22-cv-00855-GMN-EJY |
| Plaintiff, | **Stipulation for an extension of time for Plaintiff to respond to Defendants' motion to dismiss, and Defendants' reply** |
| v. | |
| MX Holdings US, Inc., CFP Fire Protection, Inc., COSCO Fire protection, Inc., and Firetrol Protection Systems, Inc., | **(First request)** |
| Defendants. | |

Jehu Bryant ("Plaintiff") and  MX Holdings US, Inc., CFP Fire Protection, Inc., COSCO Fire protection, Inc., and Firetrol Protection Systems, Inc. ("Defendants and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendants' Motion to Dismiss, filed on July 29, 2022. This is the first request for an extension of this deadline.

STIPULATION                              - 1 -

The extension is sought because Plaintiff's counsel requires additional time to prepare an appropriate response to the motion. In turn Defendants requested additional time for their reply, because of the heavy workload of their counsel, and Plaintiff agrees.

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's opposition to the pending motion shall be due on or before **August 26, 2022**. Defendants' reply shall be due on or before **September 16, 2022**.

Dated: August 12, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Jehu Bryant*

**SANTORO WHITMIRE**

/s/ James Whitmire
JAMES E. WHITMIRE
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this  15  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                    - 2 -