1  Michael Kind, Esq.
2  Nevada Bar No. 13903
   **KIND LAW**
3  8860 South Maryland Parkway, Suite 106
4  Las Vegas, Nevada 89123
5  (702) 337-2322
   (702) 329-5881 (fax)
6  mk@kindlaw.com
7  *Attorney for Plaintiff Jehu Bryant*

8
9              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
10

11 | Jehu Bryant, | Case No. 2:22-cv-00855-GMN-EJY |
12 | | |
   | Plaintiff, | **Stipulation To Extend Deadline For** ~~**Proposed**~~ **Discovery Plan** |
13 | v. | |
14 | | **(First Request)** |
   | MX Holdings US, Inc., CFP Fire | |
15 | Protection, Inc., COSCO Fire | |
16 | Protection, Inc., and Firetrol Protection Systems, Inc., | |
17 | | |
18 | Defendants. | |

19
20       Jehu Bryant and MX Holdings US, Inc.; CFP Fire Protection, Inc.; COSCO
21  Fire Protection, Inc.; and Firetrol Protection Systems, Inc. (collectively the
22  "Parties"), by and through their respective counsel, hereby stipulate to extend Local
23  Rule 26-1's deadlines for the Parties to hold their initial Fed. R. Civ. P. 26(f)
24  conference and to file their proposed discovery plan and scheduling order (the
25  "Deadlines").
26
27

STIPULATION                          - 1 -

1   On May 27, 2022, Plaintiff filed his Class Action Complaint for Damages against Defendants. (ECF No. 1.)  Local Rule 26-1 provides that a "plaintiff's attorney must initiate the scheduling of a conference required by Fed. R. Civ. P. 26(f) to be held within 30 days after the first defendant answers or otherwise appears." (LR 26-1(a).)  Defendants filed their Motion to Dismiss on July 29, 2022, which made the deadline for the Rule 26(f) conference August 29, 2022. (LR 26-1(a); ECF No. 17.)  Local Rule 26-1 also provides that the Parties must submit a stipulated discovery plan and scheduling order within 14 days of their Rule 26(f) conference. (LR 26-1(a).)  As such, the deadline to submit a stipulated discovery plan and scheduling order was September 12, 2022. (LR 26-1(a); ECF No. 17.)

In view of the pending motion to dismiss, the Parties have conducted an initial meet-and-confer call regarding the Deadlines and have agreed to jointly request a 30-day extension of the same, making 30 days from today (or October 17, 2022) the new deadline for a Rule 26(f) conference and 14 days thereafter (or October 31, 2022) the new deadline for submission of a stipulated discovery plan and scheduling order, subject to such further discussion and agreement of the Parties and Order of the Court as may be warranted in the circumstances.  This is the Parties' first request to extend these deadlines.

Given that a dispositive motion has been filed and given that class action allegations have been made, the Parties believe that a customized approach to case management may be warranted.[1]  Accordingly, Defendants wish to reserve the right to expand and elaborate on these considerations in further support of case management and jurisdictional considerations that are expected to come into play in this case.  Aside from the pending motion to dismiss, since the Complaint makes allegations on behalf of a putative class, the parties will also need special scheduling review for an extended discovery period.

In light of the nature of this matter and the pending briefing, the Parties jointly request additional time to make the required submission.

Dated: September 15, 2022

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jehu Bryant*

**SANTORO WHITMIRE**

/s/ James Whitmire
James E. Whitmire, Esq.
10100 W. Charleston Blvd. Ste. 250
Las Vegas, NV 89135
*Counsel for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  September 15, 2022

---

[1]  A similar customized approach was utilized by Magistrate Judge Ferenbach in Case No. 2:22-cv-00475-APG-VCF.

STIPULATION                                         - 3 -