AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jehu Bryant,

          Plaintiff,

v.

MX Holdings US, Inc., et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00855-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Defendants MX Holdings US, Inc., CFP Fire Protection, Inc., COSCO Fire Protection, Inc., and Firetrol Protection Systems, Inc., against Plaintiff, Jehu Bryant. This case is now closed.

January 30, 2023                                        DEBRA K. KEMPI
Date                                                                  Clerk

                                                                                      /s/ T. Roush-Wallace
                                                                                      Deputy Clerk